# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 19, 2018

*By the Court:*

| No. 17-2150 | RONALD WARD,<br>Plaintiff - Appellant<br><br>v.<br><br>SOO LINE RAILROAD COMPANY, doing business as CANADIAN PACIFIC, et al.,<br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:14-cv-00001-RL-PRC<br>Northern District of Indiana, Hammond Division<br>District Judge Rudy Lozano ||

 The court, on its own motion, **ORDERS** that the oral argument in this appeal, scheduled for Wednesday, April 11, 2017, is **VACATED**.


form name: **c7_Order_Arg_O_Vac**(form ID: **223**)